IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-RB-00235-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

MSI MARKETING, INC., a/k/a Y2 MARKETING a/k/a EXECUTIVE RECRUITERS, LLC,
and
RICHARD HARSHAW, its officer and director,

Defendants.
_____

**ORDER**
_____

A review of the case file indicates that the plaintiff filed a suggestion of the defendants' bankruptcy on April 18, 2005, and that based on that suggestion the case was stayed by the automatic bankruptcy stay and by my order of June 30, 2005. Nothing has occurred in the case in the intervening year.

IT IS ORDERED that the plaintiff shall appear for a status conference on **July 19, 2006, at 4:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff shall be prepared to report on the status of the bankruptcy case, its efforts to effect service if the bankruptcy case has been terminated, and whether it intends to pursue its claims in this court.

Dated July 11, 2006.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge